≈JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff **JEFFERSON**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **UNKNOWN**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 0 9 2005
J.T. NOBLIN, CLERK
BY_____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert A. Pritchard, 934 Jackson Avenue, Pascagoula, MS 39567
1-601-762-8877

Attorneys (If Known)
PLEASE SEE EXHIBIT "A"

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☒ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1441

Brief description of cause:
PERSONAL INJURY DUE TO ASEBESTOS EXPOSURE

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions:) JUDGE _____  DOCKET NUMBER _____

DATE 05/09/2005

SIGNATURE OF ATTORNEY OF RECORD _/s/_____

**FOR OFFICE USE ONLY**

RECEIPT # 803369  AMOUNT $250.00  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

# Exhibit "A"

Patrick Malouf, Esquire
P.O. Box 12768
Jackson, MS 39236

David A. Barfield, Esq.
Kimberly Wallace, Esq.
P. O. Drawer 3979
Jackson, MS 39207-3979

Kay Barnes Baxter, Esq.
Barfield and Associates P. A.
400 Poydras Street, Ste 1460
New Orleans, LA 70130

Christopher A. Shapley, Esq.
Brunini, Grantham, Grower
P. O. Drawer 119
Jackson, MS 39205

W. Lee Watt, Esq.
Brunini, Grantham, Grower
P. O. Drawer 210
Pascagoula, MS 39568-0210

Thomas W. Tyner, Esq.
William N. Graham, Esq.
P. O. Drawer 750
Hattiesburg, MS 39403-0750

Patrick R. Buchanan, Esq.
Brown, Watt & Buchanan
P. O. Box 2220
Pascagoula, MS 39569-2220

Robert M. Arentson, Jr, Esq.
P. O. Box 14167
Jackson, MS 39236-4167

Craig E. Brasfield, Esq.
Marcy B. Croft, Esq.
P. O. Box 22608
Jackson, MS 39225-2608

Thomas E. Vaughn, Esq.
Allen, Vaughn, Cobb & Hood
P. O. Drawer 4108
Gulfport, MS 39502-4108

Lawrence Currier, Esq.
Goldfein & Joseph
1600 Market Street, 33rd Floor
Philadelphia, PA 19103-7240

William F. Goodman, III, Esq.
Joseph J. Stroble, Esq.
P. O. Box 650
Jackson, MS 39205-0650

Sheila L. Birnbaum, Esq.
Peter J. McKenna, Esq.
919 third Avenue
New York, NY 10022

Roy C. Williams, Esq.
Brett K. Williams, Esq.
P. O. Box 1407
Pascagoula, MS 39568-1407

C. Michael Evert, Jr. Esq.
Evert & Weathersby
3405 Piedmont Road, Ste 225
Atlanta, GA 30305

Mark Edwards, Esq.
Ronald G. Peresich, Esq.
P. O. Drawer 289
Biloxi, MS 39533-0289

John H. Holloman, III, Esq.
James L. Jones, Esq.
P. O. Box 427
Jackson, MS 39205-0427

Eugene E. McEachin, Esq.
Bernard, Cassisa, Elliott & Davis
P. O. Box 55490
Metarie, LA 70055-5490

Thomas R. Blum, Esq.
1100 Poydras St., 30th Fl Energy
New Orleans, LA 70183-3000

Ross F. Bass, Jr., Esq.
Phelps, Dunbar
P. O. Box 23066
Jackson, MS 39225-3066

David W. Dogan, III, Esq.
David L. Trewolla, Esq.
P. O. Box 23062
Jackson, MS 39225-3062

Robert W. Wilkinson, Esq.
David Dogan, Esq.
P. O. Box 1618
Pascagoula, MS 39568-1618

Silas W. McCharen, Esq.
P. O. Box 1084
Jackson, MS 39205-1084

Henry G. Garrard, III, Esq.
William d. Harvard, Esq.
P. O. Box 832
Athens, GA 30603-0832

J. Bruce Welch, Esq.
Hawkins & Parnell, LLP
303 Peachtree St. NE, Suntrust Pl
Atlanta, GA 30308-3243

Robert R. Elarbee, Esq.
Freeman and Hawkins
303 Peachtree St. NE, Suntrust Pl
Atlanta, GA 30308-3243

Kaye N Courington, Esq.
James L. Fletcher, Jr., Esq.
322 Lafayette Street
New Orleans, LA 70130

Brooks Buchanan, Esq.
Butler, Snow, O'Mara
P. O. Box 22567
Jackson, MS 39225-2567

James O. Dukes, Esq.
Bryant, Clark, Dukes
P. O. Box 10
Gulfport, MS 39502-0010

Thomas C. Gerity, Esq.
Copeland, Cook, Taylor & Bush
P. O. Box 2132
Jackson, MS 39225-2132

James P. Streetman, III, Esq.
Clark, Scott & Streetman, P.A.
P.O. Box 13847
Jackson, MS 39236-3847

Steve A. Bryant, Esq.
Steve A. Bryant & Associates
3618 Mt. Vernon
Houston, TX 77006

Richard M. Truly, Esq.
116 Expero Drive
Natchez, MS 39120

Robert C. Galloway, Esq.
Butler Snow O'Mara Stevens & Cannada
P.O. Drawer 4248
Gulfport, MS 39502

William C. Reeves, Esq.
Smith Reeves & Yarborough
6360 I-55 North, Suite 201
Jackson, MS 39236-3669

Jeffrey P. Hubbard, Esq.
P. O. Box 1970
Jackson, MS 39215-1970

Bruce M. Kuehnle, Jr., Esq.
P. O. Box 866
Natchez, MS 39122-0866

Robert A. Pritchard, Esq.   *
Pritchard Law Firm
P. O. Drawer 1707
Pascagoula, MS 39568-1707