# EXHIBIT "A" ASBESTOS DEFENDANTS

Defendant, A-BEST PRODUCTS COMPANY, INC., in its own right and as successor in interest to Asbestos products Company, is a foreign corporation and may be served by serving its registered agent, AGC Company, 3200 National City Center, Cleveland, OH 44144.

Defendant, A-BEX CORPORATION is a foreign corporation and may be served with process and summons by serving its home office at 4800 Prudential Tower, Boston, MA 02199.

Defendant, ABEX, INC./PNEUMO ABEX CORPORATION is a foreign corporation and may be served with process and summons by serving its home office located at Liberty Lane, Hampton, NY 03842.

Defendant ACand S, INC., formerly known as Armstrong Contracting & Supply Company, Inc., is a Delaware corporation and may be served with process and summons by serving its agent at C. T. Corporation System, 631 Lakeland East Drive, Flowood, Mississippi 39208.

Defendant, AEARO COMPANY I, formerly known as CABOT SAFETY CORPORATION, is a Deleware Corporation and may be served with process and summons by serving its registered agent, Prentice Hall Corporation, 251 E. Ohio Street, Suite 500, Indianapolis, IN 46204

Defendant, ALLIED GLOVE CORPORATION is a foreign corporation and may be served with process and summons by serving its home office at P.O. Box 2126, Milwaukee, WI 53201.

Defendant, ALLIED EQUIPMENT, INC., is a Mississippi corporation and may be served with process and summons by serving its registered agent, 8000 Golder Avenue, Odessa, Texas 79764-2330.

Defendant, ALLIED-SIGNAL, INC.,and as successor in interest to BENDIX FOUNDATION BRAKE CORPORATION, is a foreign corporation and may be served with process and summons by serving its agent, C. T. Corporation Systems, 631 Lakeland East Drive, Flowood, Mississippi 39201-2684.

AMERICAN OPTICAL CORPORATION is a corporation organized and existing under and by virtue of the laws of the State of Delaware, and may be served with process and summons by serving its agent at C. T. Corporation System, 631 Lakeland East Drive, Flowood, Mississippi 39201-2684.

ANCHOR PACKING COMPANY is a Delaware corporation and may be served with process and summons by serving its agent at The Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

Defendant, A.P. GREEN INDUSTRIES, INC., f/k/a A. P. GREEN REFRACTORIES, INC., is a Delaware corporation and may be served with process and summons by serving its agent, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

Defendant, AQUA-CHEM, INC., is a Mississippi corporation and may be served with process and summons by serving its agent, C.T. Corporation Systems, 631 Lakeland East Drive, Flowood, Mississippi, 39205

Defendant A. W. CHESTERTON is a Massachusetts corporation and may be served with process and summons by serving its agent at Route 93, Middlesex Industrial Park, 225 Fallon Road, Stoneham, MA 02182.

Defendant, CARBORUNDUM COMPANY, is a foreign corporation and may be served with process and summons by serving its agent at C. T. Corporation Systems, 111 Eighth Avenue, New York, NY 10011.

Defendant, CBS CORPORATION F/K/A WESTINGHOUSE, is a Pennsylvania corporation and may be served with process and summons by serving its agent at C. T. Corporation System, 631 Lakeland East Drive, Flowood, MS 39208.

Defendant. VIACOM, INC., Successor by Merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION, is a Pennsylvania corporation and may be served with process and summons by serving its agent Gary Hunt, 19564 Linda Lane, Saucier, MS 39574.

Defendant, CHAMPION INTERNATIONAL, is a New York corporation and may be served with process and summons by serving its agent United States Corporation, 80 State Street, Albany, New York, 12207.

Defendant, CHEVRON CORPORATION, is a foreign corporation and may be served with process and summons by serving its registered agent, C. T. Corporation, 192 Corporation Systems, Burlington, VT 05401.

Defendant, COASTAL ELECTRIC SUPPLY COMPANY, INC. is a Mississippi corporation and may be served with process and summons by serving its agent Greg Hebert, 715 McDowell Road, Jackson, Mississippi, 39204

Defendant, COMBUSTION ENGINEERING, INC. is a Delaware corporation and may be served with process and summons by serving its agent at C.T. Corporation Systems, 631 Lakeland East Drive, Flowood, Mississippi 39208.

Defendant, CONGOLEUM CORPORATION, is a Delaware corporation and may be served with process and summons by serving its agent at United States Company, 1013 Centre Road, Wilmington, Delaware, 19805.

Defendant, CROSSFIELD PRODUCTS CORPORATION, is a California corporation and may be served with process and summons by serving its agent at C. T. Corporation System, 631 Lakeland East Drive, Flowood, Mississippi 39208.

Defendant, CROWN CORK & SEAL USA, CO., INC., is a Mississippi corporation and may be served with process and summons by serving its agent at C. T. Corporation System, 631 Lakeland East Drive, Flowood, Mississippi 39208.

Defendant DB RILEY f/k/a RILEY-STOKER CORPORATION, may be served with process and summons by serving its agent for service, C. T. Corporation Systems, 631 Lakeland East Drive, Flowood, MS 39208.

Defendant DRESSER INDUSTRIES, INC., individually and as successor in interest to Harbison Walker Refractories, is a Delaware corporation and may be served with process and summons by serving its agent at Corporation Service Company, Inc., 506 South President Street, Jackson, Mississippi 39201.

Defendant EASTERN SAFETY EQUIPMENT CO., AEARO CORPORATION, is a foreign corporation and may be served with process and summons by serving its home office, located at 90 Mechanic Street, Southbridge, MA 01550.

Defendant, E.H. O'NEIL CO., INC., is a Maryland corporation and may be served with process and summons by serving J. Edgar Steigerwald, Jr., 3 Glenluce Court, Townson, MD 21204.

Defendant ERICSSON, INC., and its operating unity Continental Wire & Cable Company and Anaconda Power Cable is a foreign corporation and may be served with process and summons by serving its home office located at 730 International Parkway, Richardson, TX 75081.

Defendant, FEDERAL-MOGUL CORPORATION individually and as successor in interest to Vellumoid Company and the Vellumoid Division of Federal Mogul Inc., and may be served with process and summons by serving its agent located at 26555 Northwestern Highway, Southfield, Michigan, 48034.

Defendant, FLINTKOTE COMPANY is a Delaware corporation and may be served with process and summons by serving its agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware.

Defendant, FOSECO, INC., is a foreign corporation and may be served with process and summons by serving its registered agent at C. T. Corporation, 208 South LaSalle Street, Chicago, IL 60604-1135.

Defendant, FOSTER-WHEELER CORPORATION, is a New York Corporation and may be served with process and summons by serving its agent United States Corporation Co., 506 South President Street, Jackson, Mississippi 39201 and/or 14th Floor, 666 Fifth Avenue, NewYork, NY 10103.

Defendant, GAF CORPORATION, individually and as successor in interest to Ruberiod Company is a Delaware corporation, and may be served with process and summons by serving its agent at The Prentice-Hall Corporation Systems, Inc., 1013 Centre Road, Wilmington, Delaware 19805.

Defendant, GARLOCK INCORPORATED, is a Ohio corporation and may be served with process and summons by serving its agent at C. T. Corporation Systems, Superior Avenue, N.E., Cleveland, OH 44114.

Defendant, GENERAL CABLE INDUSTRIES, INC., formerly GENERAL CABLE CORP., is a Delaware corporation and may be served with process and summons by serving its agent at C. T. Corporation Systems, 631 Lakeland East Drive, Flowood, MS 39208.

Defendant, GENERAL ELECTRIC COMPANY, is a New York corporation and may be served with process and summons by serving its agent C. T. Corporation Systems, 631 Lakeland East Drive, Flowood, MS 39208.

Defendant GENERAL REFRACTORIES COMPANY, is a foreign corporation and may be served with process and summons by serving its home office located at 225 East City Lane Ave., Suite 114, Balla Cynwyd, PA 19004.

Defendant, GEORGIA-PACIFIC CORPORATION, is a Georgia corporation and may be served with process and summons by serving its registered agent, C. T. Corporation System, 1633 Broadway, New York, NY 10019.

Defendant GOODYEAR TIRE AND RUBBER COMPANY, is a foreign corporation and may be served with process and summons by serving its home office located at 1144 E. Market Street, Akron, OH 44316 or by serving its registered agent, C. T. Corporation Systems, 631 Lakeland East Drive, Flowood, MS 39208..

GREFCO, Inc., is a Delaware corporation and may be served with process and summons by serving its registered agent, C. T. Corporation System, 1633 Broadway, New York, NY 10019.

Defendant, GULF BELTING & GASKET CO., INC., is a Louisiana corporation, and may be served with process and summons by serving its agent, Theodore J. Bouregois, 4612 Jeannette Dr., Metairie, LA 70003.

Defendant GULF COAST MARINE SUPPLY CO., is a Mississippi corporation and may be served with process and summons by serving its registered agent, Paul W. Bean, Bayou Cassotte Road, P. O. Box 1117, Pascagoula, MS 39567.

Defendant HARBISON-WALKER REFRACTORIES, individually and f/k/a/ INDRESCO, INC.,is a foreign corporation and may be served with process and summons by serving its registered agent, CVCS, INC., 525 Brook Street, Rocky Hill, CT 06067.

Defendant HOPEMAN BROTHERS, INC., may be served with process and summons by serving its registered agent, C. T. Corporation, 631 Lakeland East Drive, Flowood, MS 39208.

Defendant, HONEYWELL INTERNATIONAL, INC., f/k/a/ ALLIED-SIGNAL, INC., f/k/a and successor

in interest to BENDIX FOUNDATION BRAKE CORPORATION is a Delaware corporation and may be served with process and summons by serving its agent, C. T. Corporation Systems, 631 Lakeland East Drive, Flowood, Mississippi 39201-2684.

Defendant INDRESCO, Inc., individually and as successor in interest to Harbison Walker Refractories and Worthington Corporation, is a Delaware corporation and may be served with process and summons by serving its agent at Prentice-Hall Corporation System, 506 S. President Street, Jackson, MS 39201.

Defendant, INDUSTRIAL RUBBER AND SPECIALTY COMPANY, formerly COASTAL RUBBER & GASKET CO., is a Mississippi corporation and may be served with process and summons by serving its agent at 2121 San Jacinto Street, Suite 2500, San Jacinto TWR, Dallas, Texas 75201.

Defendant, J. H. FRANCE REFRACTORIES COMPANY, is a foreign corporation and may be served with process and summons by serving its home office located at 1944 Franc Road, Snow Shoe, PA 16874.

Defendant JOHN CRANE COMPANY, INCORPORATED, formerly JOHN CRANE PACKING COMPANY, is a Delaware corporation and may be served with process and summons by serving its agent at The Corporation Trust Center, 1201 Orange Street, Wilmington, DE 19801.

Defendant, KAISER ALUMINUM & CHEMICAL CORPORATION, is a Mississippi corporation and may be served with process and summons by serving its agent, C.T. Corporation Systems, 631 Lakeland East Drive, Flowood, Mississippi, 39208 or its home office located at 6177 Sunol Blvd., Peasanton, California 94566.

Defendant KELLY-MOORE PAINT COMPANY, INC., may be served with process and summons by serving its registered agent, Kenneth Wall, 2727 Allen Parkway, Suite 1300, Houston, TX 77019.

Defendant KOMP EQUIPMENT CO., INC., may be served with process and summons by serving its registered agent, George B. Komp, III, 319 Pine Street, Hattiesburg, MS 39401.

Defendant LAUREL MACHINERY & FOUNDRY CO., may be served with process and summons by serving its registered agent, P. E. Mulloy, 810 Front Street, Laurel, MS 39440.

Defendant, MARINE SPECIALTY COMPANY, INC., is an Alabama corporation, and may be served with process and summons by serving its registered agent, Andy Henderson, 1536 Gardner Blvd., Suite 707, Columbus, MS 39702.

Defendant, MAU-SHERWOOD SUPPLY COMPANY is a foreign corporation and may be served with process and summons by serving its home office located at 33220 Lakeland Blvd. East Lake, OH 44095.

Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a New York corporation and may be served with process and summons by serving its agent at Erskine W. Wells, 400 Lamar Building, 317 East Capitol Street, Jackson, MS 39205 and/or Donald Harmen, c/o Metropolitan Life Insurance Company, 1 Madison Avenue, Area 7-DE, New York, NY 10010.

Defendant, MINNESOTA MINING & MANUFACTURING COMPANY, is a Delaware corporation and may be served with process and summons by serving its agent at C. T. Corporation Systems, 631 Lakeland East Drive, Flowood, MS 39208.

Defendant, MOBIL OIL CORPORATION is a foreign corporation and may be served with process and summons by serving its registered agent, Prentiss Hall Corporation, 506 S. President Street, Jackson, MS 39205.

Defendant, MOBILE WELDING SUPPLY CO., INC., formerly MAGNOLIA WELDING SUPPLY, is a

Alabama corporation and may be served with process and summons by serving its agent Robert Brown, 1815 30th Avenue, Gulfport, MS 39503.

Defendant, NORTH AMERICAN REFRACTORIES, is a Delaware corporation and may be served with citation by serving its agent for service, Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801.

Defendant, NORTH AMERICAN REFRACTORY COMPANY f/k/a DIEDIER-TAYLOR REFRACTORIES CORPORATION, a Ohio Corporation and may be served with process and summons by serving it agent C.T. Corporation Systems, 1300 East 9th Street, Cleveland, OH 44114.

Defendant, NORTH BROTHERS, INC., a Division of National Services Industries, Inc., is a foreign corporation and may be served with process and summons at 911 Monroe Drive, P. O. Box 252, Atlanta, GA 30337.

Defendant NORTON COMPANY, is a foreign corporation and may be served with process and summons by servings its registered agent, Corporation Trust System, 101 Federal Street, Boston, MA 02109.

Defendant, OGLEBAY NORTON COMPANY is a foreign corporation and may be served with process and summons by serving its home office located at 1100 Superior Avenue, Cleveland, Ohio 44114.

Defendant, OGLEBAY NORTON COMPANY is a foreign corporation and may be served with process and summons by serving its home office located at 633 Battery Street, San Francisco CA 94111.

Defendant OKONITE COMPANY, is a foreign corporation and may be served with process and summons by serving Al Coppola, President, 102 Hilltop, Ramsey, NJ 07446.

OKONITE INCORPORATED, is a Delaware corporation and may be served with process and summons by serving its registered agent for service, Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801.

Defendant, OWENS-ILLINOIS, INC., is a Delaware corporation and may be served with process and summons by serving its registered agent for service The Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware, 19801.

Defendant, PEERLESS SUPPLY COMPANY OF MISSISSIPPI, INC., is a foreign corporation and may be served with process and summons by serving its agent, W. E. Doerchester, P. O. Box 516, Pascagoula, MS 39561.

Defendant PHELPS DODGE INDUSTRIES, INC., is a foreign corporation and may be served with process and summons by serving its registered agent, Leo M. Pruett, Esquire, Assistant General Counsel, Phelps Dodge Corporation, 2600 N. Central Avenue, Phoenix, Arizona 85004-3014.

Defendant, PITTSBURGH METALS PURIFYING COMPANY, is a foreign corporation and may be served with proces and summons by serving its home office located at 725 Saxonburg Blvd., Saxonburg, PA 16056-9727.

Defendant, PNEUMO ABEX CORPORATION, is a foreign corporation and as a successor in interest to A-BEX CORPORATION, may be served with process and summons by serving its agent at Prentiss Hall, 1013 Centre Road, Wilmington, Delaware, 19805

Defendant, PROKO INDUSTRIES, INC., may be served with process and summons by serving, Proko

Industries, Inc., C/O Bowers Orr & Dougall, 8910 Two Notch Road, Ste. 400, P. O. Box 25389, Columbia, SC 29224.

Defendant RAPID AMERICAN CORPORATION, individually and as successor in interest to the liability of Philip Carey Manufacturing Corporation as the result of an express assumption of all liabilities in the Glen Allen Corporation's 1967 merger with Philip Carey Manufacturing Corporation and the Glen Allen Corporation is the predecessor in interest to Rapid American Corporation, is a foreign corporation and may be served with process and summons by serving its agent at Stuart H. Aarons, 1700 Broadway, New York, NY 10019.

Defendant, REILLY-BENTON COMPANY, INC., is a Louisiana corporation and may be served with process and summons by serving its agent at C.T. Corporation Systems, 631 Lakeland East Drive, Flowood, Mississippi, 39208.

Defendant, RILEY-STOKER CORPORATION, may be served with process and summons by serving its agent for sercice, C. T. Corporation Systems, 631 Lakeland East Drive, Flowood, MS  39208.

Defendant, RILEY-STUART SUPPLY CO., INC., is a Alabama corporation and may be served with process and summons by serving its agent at Thomas W. Casey, 601 Western Drive, Mobile, AL 36607.

Defendant, SAFETY FIRST INDUSTRIES, INC., is a foreign corporation and may be served with process and summons by serving its home office located at 191959 42nd Floor, 600 Grant Street, Pittsburg, PA 15219.

Defendant, SAFETY SUPPLY AMERICAN CORPORATION, a/k/a STANDARD GLOVE & SAFETY EQUIPMENT, formerly SE & SC, Inc., formerly Safety Engineering & Supply, is a Alabama corporation and may be served with process and summons by serving its agent Ball, Ball, Matthews & Novak, 2000 Interstate Park Dr., Suite 204, Montgomery, AL 36109-5414.

Defendant SCOTT AVIATION, INC., a division of FIGGIE INTERNATIONAL, is a foreign corporation and may be served with process and summons by servings its registered agent, The Corporation Company, 2000 Interstate Park Dr., Ste. 204, Montgomery, AL 36109-5414.

Defendant, SELBY, BATTERSBY & CO., d/b/a S B DECKING, INC., is a Delaware corporation and may be served with process and summons by serving its agent at 5220 Whitby Avenue, Philadelphia, PA 19143 and/or Corporation Trust Company, The Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

Defendant, STANDARD EQUIPMENT COMPANY, INC., is a Delaware corporation and may be served with process and summons by serving its agent Burnley Davis, 75 Beauregard St., P. O. Drawer G, Mobile, AL 36601.

Defendant, SYNKOLOID, A DIVISION OF MURALO CO., INC., may be served with process and summons by serving its corporate headquarters at 148 E. 5th Street, Bayonne, New Jersey 07002.

Defendant, TAYLOR-SEIDENBACH, INC., is a Louisiana corporation and may be served with process and summons by serving its agent at C.T. Corporation Systems, 631 Lakeland East Drive, Flowood, Mississippi 39208.

Defendant, THE SAGER CORPORATION, is a foreign corporation and may be served with process and summons by serving its home office located at 65-T east Palatine Road, Prospect Heights, IL 60070.

Defendant, THEIM CORPORATION AND ITS DIVISION, UNIVERSAL REFRACTORIES, is a foreign corporation and may be served with process and summons by serving its home office located at 500 S. Marquette Ave., P. O. Box 6, Oak Creek, WI 33154.

Defendant TURNER SUPPLY COMPANY may be served with process and summons by serving its registered agent, John R. Jones, 1457 West Drive, Laurel, MS 39440.

Defendant, U.C. REALTY CORP., formerly MHC HOLDING AND LAND CORPORATION, formerly Homecrafters Centers, Inc., formerly Moore-Handley, Inc., is a Delaware corporation and may be served with process and summons by serving its agent at Prentice-Hall Corporation Systems, Inc., 1013 Center Road, Wilmington, DE 19805.

Defendant UNIROYAL, INC., a/k/a UNIROYAL GOODRICH TIRE CO., f/k/a UNITED STATES RUBBER COMPANY is a Delaware corporation and may be served with process and summons by serving its agent, The Prentice Hall Corporation System, 506 S. President Street, Jackson, MS 39205.

Defendant UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC., a division of UNIROYAL, INC., is a New Jersey corporation and may be served with process and summons by serving its agent at Prentice Hall Corporation Systems, 830 Bear Tavern Road, Suite 305, West Trenton, NJ 08628.

Defendant, UNITED STATES MINERAL PRODUCTS COMPANY is a New Jersey corporation and may be served with process and summons by serving its registered agent for service, Dalen Corporation, 41 Furnace Street, Stanhope, New Jersey 07874.

Defendant, UNIVERSAL REFRACTORIES, is a foreign corporation and may be served with process and summons by serving its home office, located at P. O. Box 97, Wampum, PA 16157-0097.

Defendant, USX CORPORATION, formerly U. S. Steel Corporation and successor in interest to American Bridge Company and to Tennessee Coal, Iron & Railroad Co., is a Delaware corporation and may be served with process and summons by serving its agent at 600 Grant Street, Pittsburgh, PA 15219-4776 and/or Prentice-Hall Corporate Systems, Inc., 506 S. President Street, Jackson, MS 39201.

Defendant, WESTINGHOUSE ELECTRIC CORPORATION, is a Pennsylvania corporation and may be served with process and summons by serving its agent at C. T. Corporation System, 631 Lakeland East Drive, Flowood, MS 39208.

Defendant, WHEELER PROTECTIVE APPAREL CORP., is a foreign corporation and may be served citation by serving its attorney of record, Robert Wilkinson, Colingo, Williams, Heidelberg, Steinberger & McElhaney, 726 Delmas Ave., P. O. Box 1618, Pascagoula, MS 39567 and/or H. L. Wheeler, Wheeler Protective Apparel Co., 4330 West Belmont Avenue, Chicago, IL 60641.

Defendant, W.R. GRACE & COMPANY, is a Connecticut corporation and may be served with process and summons by serving its agent at Corporation Service Company, 506 South President Street, Jackson, Mississippi, 39201.

Defendant ZURN INDUSTRIES, INC., is a foreign corporation and may be served with process and summons by serving its agent C. T. Corporation Systems, 631 Lakeland East Drive, Flowood, MS 39208.